```
                    FILED
            CLERK, U.S. DISTRICT COURT
                  JUN 16 2025
            CENTRAL DISTRICT OF CALIFORNIA
            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Yolanda Gonzalez,<br><br>    Defendant. | Case No.: 5:25mj424<br><br>ORDER OF DETENTION FOLLOWING ALLEGED VIOLATION OF PRETRIAL RELEASE CONDITIONS<br>(18 U.S.C. §3148(b)) |

On motion of the Government in a case that involves an alleged violation of one or more conditions of pretrial release; and

Having conducted a hearing pursuant to 18 U.S.C. § 3148(b), the Court finds:

I.

( )     There is probable cause to believe the defendant has committed a Federal, State, or local felony while on release, and the defendant has not rebutted the presumption that no condition or combination of conditions of release that will assure that the defendant will not pose a danger to the safety of any other person or the community.

## II.

A. 1. (X) There is probable cause to believe the defendant has committed a Federal, State, or local crime while on release.

    2. (X) There is clear and convincing evidence the defendant has violated any other condition of release.

### AND

B.

    1. (X) Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community.

    2. ( ) The defendant is unlikely to abide by any condition or combination of conditions of release.

## III.

IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

DATED: June 16, 2025

SHERI PYM
United States Magistrate Judge